# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| **CLARETTA MOORE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **CIVIL ACTION NUMBER:** |
| **v.** | ) |
| | ) **7:21-cv-00373-LSC** |
| **STANDARD INSURANCE COMPANY,** | ) |
| | ) |
| **Defendant.** | ) |

## JOINT NOTICE OF SETTLEMENT

COMES NOW Plaintiff Claretta Moore ("Plaintiff") and Defendant Standard Insurance Company ("Defendant"), by and through undersigned counsel, and advise the Court that the parties have reached a settlement of all disputed issues and are in the process of circulating settlement documents for execution. The parties respectfully request that the deadlines, settings, and any other matters in this case be stayed pending final resolution. The parties anticipate filing a joint stipulation of dismissal no later than September 1, 2021.

Respectfully submitted this 28th day of July, 2021.

/s/ M. Tae Phillips
M. Tae Phillips (ASB-6565-W74P)
OGLETREE, DEAKINS, NASH, SMOAK
  & STEWART, P.C.
420 20th Street North, Suite 1900
Birmingham, Alabama 35203
Telephone: (205) 328-1900
Fax: (205) 328-6000
tae.phillips@ogletree.com

/s/ Russell S. Buhite
Russell S. Buhite (WSBA #41257)
(admitted pro hac vice)
OGLETREE, DEAKINS, NASH, SMOAK
 & STEWART, P.C.
1201 Third Avenue, Suite 5150
Seattle, WA  98101
Telephone:  (206) 693-7052
Fax:  (206) 693-7058
russell.buhite@ogletree.com

*Attorneys for Defendant*
*Standard Insurance Company*


/s/ Jeffrey S. Daniel
Jeffrey S. Daniel (DAN034)
LAW OFFICE OF JEFF DANIEL, P.C.
P.O. Box 131323
Birmingham, AL  35213
Telephone:  (205) 531-1287
Fax:  (205) 327-5773
jsd10@bellsouth.net

*Attorney for Plaintiff Clarissa Moore*


## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of July, 2021, I electronically filed the foregoing with the Clerk of the Northern District of Alabama, using the Court's CM/ECF system which will send notification of such filing to the following:

Jeff S. Daniel
LAW OFFICE OF JEFF DANIEL, P.C.
PO Box 131323
Birmingham, Alabama 35213


/s/ Russell S. Buhite
Of Counsel