# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| Claretta Moore, | ) |
| Plaintiff, | ) |
| vs. | ) 7:21-cv-00373-LSC |
| Standard Insurance Company, | ) |
| Defendant. | ) |

## ORDER

The parties notified the Court that have reached a settlement. (Doc. 14.) This case is therefore **DISMISSED WITH PREJUDICE**, and costs are taxed as paid. Any party may, for good cause shown, move to reopen this case within thirty (30) days of this Order's entry.

**DONE** and **ORDERED** on August 2, 2021.

_____
L. Scott Coogler
United States District Judge

203323